c

# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.

ABRAHAM JAIPAUL PAPABATHINI,
[DOB: 12/09/1972]

**Engaging in Illicit Sexual Conduct in Foreign Places**
18 U.S.C. § 2423(c)
NMT: 30 Years Imprisonment
NMT: $250,000 Fine
Supervised Release: 5 Years to Life
Class A Felony
$100 Mandatory Special Assessment (Each Count)

## CRIMINAL COMPLAINT

**Case Number: 26-MJ-00277-JAM(WBG)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Engaging in Illicit Sexual Conduct in Foreign Places**

Between on or about May 9, 2024, and on or about June 30, 2024, **ABRAHAM JAIPAUL PAPABATHINI**, then a citizen of the United States, whose last known United States residence is within the Western District of Missouri, traveled in foreign commerce from the United States to India, and while traveling in India, engaged in illicit sexual conduct, as defined in 18 U.S.C. § 2423(g)(1), with Minor Victim-3, whose identity is known to the affiant and who was under 18 years of age, all in violation of Title 18, United States Code, Section 2423(c).

I further state that I am a Special Agent with the Federal Bureau of Investigations, and that this complaint is based on the following facts:

(See attached Affidavit)

Georgia Marshall
Special Agent
Federal Bureau of Investigations

Sworn to before me and subscribed by telephone,
At 8:55 pm, signature confirmed

November 6, 2026 at Kansas City, Missouri

Date | City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer